IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LUNAN ,

    Plaintiff

v                                              Civil: C-1-01-425

MYCOM,

    Defendant

**ORDER**

Parties are advised that Trial in the above styled case is RESCHEDULED to the December 2003 trial term. Counsel shall file their Joint Pretrial order on or before November 5, 2003.

**IT IS SO ORDERED.**

                                               _____s/Herman J. Weber_____
                                               **Herman J. Weber, Senior Judge**
                                               **United States District Court**