"Appendix A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LARRY LUNAN and
SUSAN LUNAN,

    Plaintiffs,

v.

MYCOM GROUP, INC., a Nevada Corporation
PATRICIA A. MASSEY, G. ALLAN MASSEY,
GEORGE W. YOUNG, JOAN CARROLL,
KENNETH R. HALL, and TERRY SEIPELT,

    Defendants.

**WITNESS LIST**

Case No. C-1-01-425

Presiding Judge:
Herman J. Weber, Judge

Plaintiffs' Attorney:
Steven H. Trent
Matthew D. Davison

Defendants' Attorney:
James M. Moore

Trial Date: Dec. 3-5, 2003

_____  _____
Court Reporter  Courtroom Clerk

| Pltf. | Deft. | Date Offered | Description of Witness |
|---|---|---|---|
| x | | | Larry Lunan |
| x | | | Susan Lunan |
| x | x | | Patricia A. Massey |
| x | x | | G. Allan Massey |
| x | x | | George W. Young |
| x | x | | Joan Carroll-Flowers |
| x | x | | Neil Ganulin, Esq. |
| x | x | | Christine Wheatley, Esq. |
| x | x | | Rob Bransom |
| x | x | | Jim Bobbitt |
| | | | |
| | | | |
| | | | |
| | | | |

372782v1