"Appendix B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LARRY LUNAN and
SUSAN LUNAN,

    Plaintiffs,

v.

MYCOM GROUP, INC., a Nevada Corporation
PATRICIA A. MASSEY, G. ALLAN MASSEY,
GEORGE W. YOUNG, JOAN CARROLL,
KENNETH R. HALL, and TERRY SEIPELT,

    Defendants.

**EXHIBIT LIST**

Case No. C-1-01-425

Presiding Judge:
Herman J. Weber, Judge

Plaintiffs' Attorney:
Steven H. Trent
Matthew D. Davison

Defendants' Attorney:
James M. Moore

Trial Date: Dec. 3-5, 2003

_____        _____
Court Reporter              Courtroom Clerk

| Joint No. | Pltf. No. | Deft. No. | Date Used | Date Offered | Obj. | Adm. | Description of Exhibit |
|---|---|---|---|---|---|---|---|
| I | | | | | | | Plan and Agreement of Merger between Bad Toys, Inc. and Myca Group, Inc. dated 3-31-00 |
| II | | | | | | | Closing Agreement dated 8-23-00 |
| III | | | | | | | Tricorp Stock Purchase Agreement dated August 14, 2000 |
| IV | | | | | | | Letter of Intent dated October 9, 2000 between MYCOM Group, Inc., Bobbitt & Bransom, Inc. and Rob Bransom and Jim Bobbitt |
| V | | | | | | | Letter of Intent dated October 9, 2000 between Standard Financial Trust, MYCOM Group, Inc., George Young, Joan Carroll, Patricia Massey and Allan Massey |

- 2 -

|      |    |  |  |  |  |  |                                                                                                |
|------|----|--|--|--|--|--|------------------------------------------------------------------------------------------------|
| VI   |    |  |  |  |  |  | Correspondence from Charles Kerns to Patricia Massey dated September 14, 2000                  |
| VII  |    |  |  |  |  |  | Correspondence from Patricia Massey to Tricorp Financial, Inc. dated October 4, 2000           |
| VIII |    |  |  |  |  |  | Correspondence from Patricia Massey to Tricorp Financial, Inc. dated October 12, 2000          |
| IX   |    |  |  |  |  |  | Correspondence from Patricia Massey to Tricorp Financial, Inc. dated October 19, 2000          |
| X    |    |  |  |  |  |  | Correspondence from Charles Kerns, Sr. to Lewis Hodge dated October 20, 2000                   |
| XI   |    |  |  |  |  |  | Correspondence from Patricia Massey to the Nevada Agency and Trust Company dated November 7, 2000 |
|      | 1  |  |  |  |  |  | Escrow Agreement dated 8-23-00                                                                 |
|      | 2  |  |  |  |  |  | Lockup and Dribble Agreement dated 8-23-00                                                     |
|      | 3  |  |  |  |  |  | Nevada Articles of Merger                                                                      |
|      | 4  |  |  |  |  |  | Ohio Certificate of Merger                                                                     |
|      | 5  |  |  |  |  |  | Certificates of Good Standing in Nevada and Tennessee for Bad Toys, Inc.                       |
|      | 6  |  |  |  |  |  | Certificates of Good Standing in Ohio, Michigan and Maryland for Mycom Group, Inc.             |
|      | 7  |  |  |  |  |  | Bad Toys, Inc. Amended Articles of Incorporation                                               |
|      | 8  |  |  |  |  |  | Secretary's Certificate of Bad Toys, Inc.                                                      |
|      | 9  |  |  |  |  |  | Secretary's Certificate of Mycom Group, Inc.                                                   |
|      | 10 |  |  |  |  |  | Officer's Certificate of Bad Toys, Inc.                                                        |
|      | 11 |  |  |  |  |  | Officer's Certificate of Mycom Group, Inc.                                                     |
|      | 12 |  |  |  |  |  | Resignations of officers and directors of Bad Toys, Inc.                                       |
|      | 13 |  |  |  |  |  | Mycom Group, Inc. Agreement Terminating Shareholder Agreement                                  |
|      | 14 |  |  |  |  |  | Articles of Incorporation of                                                                   |

|   |    |   |   |   |   |   |   |                                                                                                                                                      |
|---|----|---|---|---|---|---|---|------------------------------------------------------------------------------------------------------------------------------------------------------|
|   |    |   |   |   |   |   |   | BTMC, Inc.                                                                                                                                           |
|   | 15 |   |   |   |   |   |   | Assignment and Bill of Sale executed by Bad Toys, Inc.                                                                                               |
|   | 16 |   |   |   |   |   |   | Assumption Agreement by and among BTMC, Inc., Bad Toys, Inc., Susan Lunan and Larry Lunan                                                            |
|   | 17 |   |   |   |   |   |   | Release and Surrender of Options executed by Susan Lunan and Larry Lunan                                                                             |
|   | 18 |   |   |   |   |   |   | Stock certificate representing 1 million shares of BTMC, Inc. in name of Bad Toys, Inc.                                                              |
|   | 19 |   |   |   |   |   |   | Stock power, transferring to Larry Lunan and Susan Lunan 1 million shares of BTMC, Inc.                                                              |
|   | 20 |   |   |   |   |   |   | Offering Memorandum of Bad Toys, Inc. dated June 2, 2000                                                                                             |
|   | 21 |   |   |   |   |   |   | 10-KSB filed on behalf of Mycom Group, Inc. on April 2, 2001                                                                                         |
|   | 22 |   |   |   |   |   |   | Bad Toys, Inc.'s proxy material regarding special meeting of shareholders                                                                            |
|   | 23 |   |   |   |   |   |   | Written Consent to Action Taken By All The Directors of Bad Toys, Inc. on April 1, 2000                                                              |
|   | 24 |   |   |   |   |   |   | Written Consent to Action Taken By All The Directors of Bad Toys, Inc. on August 16, 2000                                                            |
|   | 25 |   |   |   |   |   |   | Minutes of a Special Meeting of the Shareholders of Bad Toys, Inc. Held on June 12, 2000                                                             |
|   | 26 |   |   |   |   |   |   | Draft Agreement and Promissory Note dated July 27, 2000                                                                                              |
|   | 27 |   |   |   |   |   |   | Draft Agreement and Promissory Note dated August 4, 2000                                                                                             |
|   | 28 |   |   |   |   |   |   | Draft Closing Agreement dated August 1, 2000                                                                                                         |
|   | 29 |   |   |   |   |   |   | Correspondence dated January 20, 2000 from Neil Ganulin to Kenneth Hall, Thomas Kenan and Mr. and Mrs. Larry Lunan with attached Agreement dated January 18, 2000 |
|   | 30 |   |   |   |   |   |   | Correspondence dated January 21, 2000 from Neil Ganulin to                                                                                           |

372784v1

| | # | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Kenneth Hall, Thomas Kenan and Mr. and Mrs. Larry Lunan with attached "Exhibit 2" |
| | 31 | | | | | | | Draft Plan and Agreement of Merger Between Bad Toys, Inc. and Myca Group, Inc. dated March 28, 2000 |
| | 32 | | | | | | | 10-QSB filed on behalf of Mycom Group, Inc. on April 17, 2001 |
| | 33 | | | | | | | Updated Fax Cover Page and attachment from Patti Massey to Larry Lunan requesting payment to Nevada Agency and Trust Company faxed September 21, 2000 |
| | 34 | | | | | | | Agreement (Hall-Lunan) dated October 19, 2000 |
| | 35 | | | | | | | Correspondence from Larry Lunan to Mycom Group, Inc. dated August 29, 2000 |
| | 36 | | | | | | | Correspondence from Larry Lunan to Mark Miller dated July 10, 2000 |
| | 37 | | | | | | | Undated list of Action Items generated by Neil Ganulin |
| | 38 | | | | | | | Correspondence from Larry Lunan to Neil Ganulin dated August 22, 2000 |
| | 39 | | | | | | | Correspondence from Larry Lunan to Neil Ganulin dated August 22, 2000 |
| | 40 | | | | | | | Correspondence from Larry Lunan to Neil Ganulin dated August 11, 2000 |
| | 41 | | | | | | | Correspondence from Larry Lunan to Neil Ganulin dated August 10, 2000 |
| | 42 | | | | | | | Undated correspondence from Larry Lunan to Neil Ganulin Re: Bad Toys, Inc. Debt |
| | 43 | | | | | | | Undated e-mail correspondence from Ken Hall to Tom Kenan |
| | 44 | | | | | | | Undated facsimile correspondence from Ken Hall to Larry Lunan |
| | 45 | | | | | | | E-mail correspondence from Tom Kenan to Christine Wheatley and |

372784v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Larry Lunan dated August 3, 2000 |
| | 46 | | | | | | | Correspondence from Larry Lunan to Patti Massey dated October 18, 2000 with attachments |
| | 47 | | | | | | | Correspondence from Ken Hall to Patti Massey dated October 18, 2000 with hand written note from Patti Massey to Larry Lunan |
| | 48 | | | | | | | Letter from Kenneth R. Hall to Patti Massey dated November 24, 1999 Re: Letter of Intent for reverse acquisition |
| | 49 | | | | | | | Undated letter from Ken Hall to Patti Massey |
| | 50 | | | | | | | Draft Release and Surrender of Options dated August 2000 |
| | 51 | | | | | | | Draft Release dated August 2000 |
| | 52 | | | | | | | Draft General Assignment and Bill of Sale dated August 2000 |
| | 53 | | | | | | | Draft Assumption Agreement dated August 2000 |
| | 54 | | | | | | | Minutes of Organizational Meeting of the Directors of BRMC, Inc. held June 12, 2000 |
| | 55 | | | | | | | Fax Cover Sheet from Neil Ganulin dated August 21, 2000 |
| | 56 | | | | | | | Fax Cover Sheet from Christine Wheatley faxed August 19, 2000 |
| | 57 | | | | | | | Fax to Neil Ganulin from Larry Lunan dated August 30, 2000 Re: payment of Bad Toys debt |
| | 58 | | | | | | | MYCOM.com Press Release dated May 11, 2000 |
| | 59 | | | | | | | Correspondence from Larry Lunan to Neil Ganulin dated August 23, 2000 re: Error in calculating Lunan's debt |
| | 60 | | | | | | | Undated fax from George Young to Larry Lunan with attached Business Plan and U.S.A. Today article |
| | 61 | | | | | | | Undated correspondence from Ken Hall to Tom Kenan re: U.S. Treasury Department correspondence and enclosures |

372784v1

- 6 -

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 62 | | | | | | Audited Financial Statements of Bad Toys, Inc. as of June 30, 2000 |
| | 63 | | | | | | Un-Audited Financial Statement of Bad Toys, Inc. prepared by management August 31, 2000 |
| | 64 | | | | | | Statements and records evidencing disbursements on behalf of Bad Toys, Inc. by Larry Lunan as produced by Plaintiffs in response to Defendants' Request for Production of Documents to Plaintiffs - First Set |
| | | 501 | | | | | Service Agreement (Terry Seipelt) dated 02/29/00 |
| | | 502 | | | | | Stock Purchase Agreement dated 4/16/01 |

372784v1