IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LUNAN,

    Plaintiff

v                                          Civil: C-1-01-425

MYCOM,

    Defendant

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Trial to the Court (ett: 3 days) on Wednesday, December 3, 2003 at 9:00 a.m.

**IT IS SO ORDERED.**

                                         **s/Herman J. Weber**
                                         **Herman J. Weber, Senior Judge**
                                         **United States District Court**