UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - BENCH TRIAL**

**LARRY AND SUSAN LUNAN**
    -vs-                                       C-1-01-425
**MYCOM GROUP, INC.,** *et al.*

----------------------------------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Clerk Susan Troller
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

**DATE:** Wednesday, December 3, 2003
**TIME**: 9:05 a.m. - 9:30 a.m. (Opening statements; plaintiff's case begins)
       12:00 p.m. - 1:30P.M. (Recess)
       1:30 p.m. - 4:30 p.m. (Plaintiff's case continues/Pltf. Rests/Defense case begins)

**PRESENT:**

For Plaintiffs: Matthew D. Davison and Steven H. Trent
For Defendants: James Michael Moore

**DOCKET ENTRY:**

Case called before J. Weber for **1st day of BENCH TRIAL.** Opening Statements. Plaintiff's evidence. Plaintiff rests. Defense motion for involuntary dismissal argued. Taken under advisement. Defense evidence begins. Court recessed until 9:30 a.m. Thursday, December 4, 2003.

Witnesses:    Larry Lunan
                    Patricia Massey
                    George Young

J:\DOCUMENT\KAREN\BENCH.TR\Lunan\01-425.1st.wpd