UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - BENCH TRIAL**

**LARRY AND SUSAN LUNAN**
    -vs-                                                                       C-1-01-425
**MYCOM GROUP, INC.,** *et al.*

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Clerk Susan Troller
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

**DATE:** Thursday, December 4, 2003
**TIME**:  9:30 a.m. - 10:45 a.m.  (Defense case continues/defense rests)
        11:00 a.m. - 11:35 a.m.  (Rebuttal and closing arguments/Court Adjourned)

**PRESENT:**

For Plaintiffs: Matthew D. Davison and Steven H. Trent
For Defendants: James Michael Moore

**DOCKET ENTRY:**

Case called before J. Weber for **2nd day of BENCH TRIAL.**  Defense evidence continues. Defense rests.  Renews Rule 52(c) Motion.  Taken under advisement.  Defense resets.  Rebuttal. Admission of exhibits.  Closing arguments of counsel. Parties to file additional Statements of Fact and Conclusions of Law by **JANUARY 15, 2004**.  Court adjourned.

    Witnesses:    Kenneth Hall by deposition
                          Terry Seipelt
                          Neil Ganulin by deposition
                          Larry Lunan on rebuttal

J:\DOCUMENT\KAREN\BENCH.TR\Lunan\01-425.2ndday.wpd