IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, AT CINCINNATI

| | | |
|---|---|---|
| LARRY LUNAN and | ) | |
| SUSAN LUNAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. C-1-01-425 |
| | ) | |
| MYCOM GROUP, INC., a Nevada Corporation | ) | JUDGE HERMAN J. WEBER |
| PATRICIA A. MASSEY, G. ALLAN MASSEY, | ) | |
| GEORGE W. YOUNG, JOAN CARROLL, | ) | |
| KENNETH R. HALL, and TERRY SEIPELT, | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL AMENDED AND RESTATED PROPOSED
CONCLUSIONS OF LAW**

**VI.  Damages**

33.    Plaintiffs are entitled to interest on any and all damages awarded by the Court in this matter.

                                            Respectfully Submitted,

                                            /s/ Steven H. Trent_____
                                        Steven H. Trent, Esq. (TN BPR No. 016322)
                                        Matthew D. Davison, Esq. (TN BPR No.020049)
                                        Baker, Donelson, Bearman, Caldwell & Berkowitz
                                        207 Mockingbird Lane
                                        P.O. Box 3038
                                        Johnson City, Tennessee 37602
                                        (423) 928-0181
                                        Fax:  (423) 928-5694
                                        E-mail:  strent@bakerdonelson.com

                                        Attorneys for Plaintiffs
                                        Larry Lunan and Susan Lunan

Certificate of Service

       I hereby certify that on January 16, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Stephen A. Watring
    Dunlevey, Mahan & Furry
    110 North Main Street, Suite 1000
    Dayton, Ohio  45202-1738

    James M. Moore
    Lindhorst & Dreidame
    312 Walnut Street, Suite 2300
    Cincinnati, Ohio  45202-4091

    /s/ Steven H. Trent
    Steven H. Trent, Esq. (TN BPR No. 016322)
    Matthew D. Davison, Esq. (TN BPR No.020049)
    Baker, Donelson, Bearman, Caldwell & Berkowitz
    207 Mockingbird Lane
    P.O. Box 3038
    Johnson City, Tennessee 37602
    (423) 928-0181
    Fax:  (423) 928-5694
    E-mail:  strent@bakerdonelson.com

    Attorneys for Plaintiffs
    Larry Lunan and Susan Lunan