IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY LUNAN and | ) | |
| SUSAN LUNAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action:  1:01-CV-00425-HJW |
| | ) | |
| MYCOM GROUP, INC., a Nevada Corporation | ) | |
| PATRICIA A. MASSEY, G. ALLAN MASSEY, | ) | |
| GEORGE W. YOUNG, JOAN CARROLL, | ) | |
| KENNETH R. HALL, and TERRY SEIPELT, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR STATUS CONFERENCE**

Plaintiffs, Larry and Susan Lunan, by and through counsel, petition the Court for a telephonic status conference.

                        Respectfully Submitted,

                         s/ Matthew D. Davison
                        Steven H. Trent, Esq. (TN BPR No. 016322)
                        Matthew D. Davison, Esq. (TN BPR No. 020049)
                        Baker, Donelson, Bearman, Caldwell & Berkowitz
                        207 Mockingbird Lane
                        P.O. Box 3038
                        Johnson City, Tennessee 37602
                        (423) 928-0181
                        Fax:  (423) 928-5694
                        E-mail:  strent@bakerdonelson.com

                        Attorneys for Plaintiffs
                        Larry Lunan and Susan Lunan

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Plaintiffs' Motion for Status Conference has been served upon the following counsel for parties in interest herein by electronic filing.

James M. Moore
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 2300
Cincinnati, Ohio 45202-4091

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This 25th day of August, 2005.

        s/ Matthew D. Davison
        Matthew D. Davison, Esq.
        Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
        P.O. Box 3038
        207 Mockingbird Lane
        Johnson City, Tennessee 37604
        (423) 928-0181