IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LARRY LUNAN and<br>SUSAN LUNAN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action:  1:01-CV-00425-HJW |
| MYCOM GROUP, INC., a Nevada Corporation<br>PATRICIA A. MASSEY, G. ALLAN MASSEY,<br>GEORGE W. YOUNG, JOAN CARROLL,<br>KENNETH R. HALL, and TERRY SEIPELT, | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR STATUS CONFERENCE**

Plaintiffs, Larry and Susan Lunan ("Plaintiffs"), by and through counsel, filed a Motion for Status Conference on August 25, 2005 asking the Court to schedule a telephonic status conference in this matter.  Plaintiffs request that the Court consider the following in determining whether or not to grant Plaintiffs' Motion.

Shortly after filing the present action, Plaintiffs filed a related case in this court against Thomas Kenan, Esq., which is styled *Lunan, et al v. Kenan*, Case # 1:01-cv-00553-HJW.  On November 13, 2001, the defendant in that action moved the Court to stay the proceedings in *Lunan v. Kenan* pending the outcome of the case at bar.  An Order was entered in *Lunan v. Kenan* on January 18, 2002 so staying that proceeding.  *Lunan v. Kenan* continues to be stayed until such time as a final Order is entered in the case at bar.

Accordingly, Plaintiffs hereby respectfully request that the Court schedule a telephonic status conference in this matter to discuss concluding this case so that a final Judgment can be entered and *Lunan v. Kenan* may also be resolved.

Respectfully Submitted,

_s/ Matthew D. Davison_
Steven H. Trent, Esq. (TN BPR No. 016322)
Matthew D. Davison, Esq. (TN BPR No. 020049)
Baker, Donelson, Bearman, Caldwell & Berkowitz
207 Mockingbird Lane
P.O. Box 3038
Johnson City, Tennessee 37602
(423) 928-0181
Fax:  (423) 928-5694
E-mail:  strent@bakerdonelson.com

Attorneys for Plaintiffs
Larry Lunan and Susan Lunan

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and exact copy of the foregoing Plaintiffs' Memorandum in Support of Motion for Status Conference has been served upon the following counsel for parties in interest herein by electronic filing.

  James M. Moore
  Lindhorst & Dreidame Co., L.P.A.
  312 Walnut Street, Suite 2300
  Cincinnati, Ohio  45202-4091

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

  This 12th day of September, 2005.


              s/ Matthew D. Davison_____
              Matthew D. Davison, Esq.
              Baker, Donelson, Bearman, Caldwell &
              Berkowitz, P.C.
              P.O. Box 3038
              207 Mockingbird Lane
              Johnson City, Tennessee 37604
              (423) 928-0181