# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

LARRY LUNAN AND SUSAN LUNAN,

      Plaintiff,

-vs-                                      Case No.    C-1-01-425

MYCOM GROUP, INC., et al,

      Defendant,

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the defendants against the plaintiffs on all claims. This case is Dismissed with Prejudice and Terminated on the docket of this Court at plaintiffs' costs.

Date:   September 20, 2005                            JAMES BONINI., CLERK

                                                               By:s/   Darlene Maury
                                                               Darlene Maury, Deputy Clerk